275 So.2d 658

Charles A. **BOSWELL**, Commissioner of the Department of Revenue of the State of Alabama,

v.

Charles E. **HOWELL** et al.

SC 137.

Supreme Court of Alabama.

April 5, 1973.

William J. Baxley, Atty.Gen., and Willard W. Livingston, Counsel, Dept. of Revenue and Asst.Atty.Gen., for appellant.

McDermott & Slepian, Mobile, for appellees.

PER CURIAM.

No reason is asserted why the decree of the trial court should be reversed. It is, therefore, affirmed.

The foregoing opinion was prepared by THOMAS S. LAWSON, Supernumerary Associate Justice, and adopted by the Court as its opinion.

Affirmed.

HEFLIN, C. J., and MERRILL, COLEMAN, HARWOOD, BLOODWORTH, MADDOX, McCALL, FAULKNER and JONES, JJ., concur.